IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

VICTOR ARIZA,

               Plaintiff,

     v.

BUTH NA-BODHAIGE, INC., d/b/a
THE BODY SHOP, a foreign for-profit
corporation,

               Defendant.

CASE NO.:  1:22-cv-23367-PCH

## JOINT NOTICE OF SETTLEMENT

Plaintiff Victor Ariza and Defendant Buth Na-Bodhaige, Inc. d/b/a The Body Shop, hereby notify the Court that the parties have reached an agreement in principle to settle their disputes and are in the process of drafting a written Settlement Agreement.

Dated this the 22nd day of November, 2022.

| /s/Roderick V. Hannah | /s/David P. Steffen |
|---|---|
| Roderick V. Hannah, Esq., Fla. Bar No. 435384 | David P. Steffen, Esq., Fla. Bar No. 0154717 |
| Roderick v. Hannah, Esq., P.A. | Primary Email:  dsteffen@constangy.com |
| 4800 N. Hiatus Road | Secondary Email:  tampa@constangy.com |
| Sunrise, FL 33351 | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| T: 954-362-3800 | 100 North Tampa Street, Suite 3350 |
| F: 954-362-3779 | Post Office Box 1840 |
| Email: rhannah@rhannahlaw.com | Tampa, Florida 33601-1840 |
| Attorney for Plaintiff | (813) 223-7166 / Fax: (813) 223-2515 |
| | Attorney for Defendant |

/s/ Pelayo M. Duran
Pelayo M. Duran, Esq., Fla. Bar No. 014695
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309
T: 305-266-9780
F: 305-269-8311
Email: duranandassociates@gmail.com
Co-Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


/s/David P. Steffen
Attorney for Defendant


## SERVICE LIST
## VICTOR ARIZA v. BUTH NA-BODHAIGE, INC. d/b/a THE BODY SHOP
## Case No. 1:22-cv-23367-PCH

Roderick V. Hannah, Esq.
Roderick V. Hannah, Esq., P.A.
Counsel for Plaintiff
Fla. Bar No. 435384
4800 N. Hiatus Road
Sunrise, FL 33351
T: 954-362-3800
F: 954-362-3779
Email: rhannah@rhannahlaw.com
Served via CM/ECF

Pelayo M. Duran
Law Office of Pelayo Duran, P.A.
Co-Counsel for Plaintiff
Fla. Bar No. 0146595
4640 N.W. 7th Street
Miami, FL 33126-2309
T: 305-266-9780
F: 305-269-8311
Email: duranandassociates@gmail.com
Served via CM/ECF